RECEIVED
JAN 1 7 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACORDA THERAPEUTICS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:17-cv-03724- |
| MICRO LABS LIMITED ) | BRM-DEA |
| ) | |
| AND ) | |
| ) | |
| MICRO LABS USA, Inc. ) | |
| Defendants. ) | |

## DISMISSAL ORDER

The Court, at the request of Plaintiffs Acorda Therapeutics, Inc. ("Acorda") and Defendants Micro Labs Limited and Micro Labs USA, Inc. ("Micro Labs") hereby issues the following Dismissal Order:

1. Each of Acorda's claims against Micro Labs with respect to the patents-in-suit is hereby dismissed without prejudice.

2. Each of Micro Labs' counterclaims with respect to the patents-in-suit is hereby dismissed without prejudice.

3. Acorda and Micro Labs are each to bear their own costs.

4. The Court retains jurisdiction to enforce this Order and the terms of the parties' settlement agreement.

**SO ORDERED:**

This 17th day of January, 2018

_____
The Honorable Brian R. Martinotti
United States District Court Judge